UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-264-F

| | |
|---|---|
| THOMAS JACOB CSARNOGUSKY, Plaintiff, | ) ) ) |
| v. | ) ) ORDER ) |
| MICHAEL D. VANCE and J.B. HUNT TRANSPORT, INC., Defendants. | ) ) ) ) |

The plaintiff's Motion to Remand [DE-10] is ALLOWED. The plaintiff's Motion for Leave to File a Reply [DE-9] is DENIED without prejudice to renew it, if appropriate, in the state court.

SO ORDERED.

This the 26th day of January, 2009.

JAMES C. FOX
Senior United States District Judge